UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 8:16-cr-472-T-24-JSS

MARVIN JEROME BROWN
a/k/a "Gucci"

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(d)-Forfeiture
28 U.S.C. §2461(d)-Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 28, 2016, in the Middle District of Florida, the defendant,

MARVIN JEROME BROWN
a/k/a "Gucci",

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, namely:

  a. Aggravated Assault on a Law Enforcement Officer, Case No. 07-0644CFANO-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about October 30, 2008;

  b. Fleeing or Eluding, Case No. 07-0644CFANO-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about October 30, 2008;

  c. Possession of Cocaine, Case No. 08-17248CFANO-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about October 30, 2008;

FILED 2016 NOV -3 PM 4:43 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

   d.     Fleeing and Eluding, Case No. 12-02707CFANO-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about June 18, 2012;

   e.     Driving While License Revoked (Felony-Habitual), Case No. 12-02707CFANO-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about June 18,2012;

   f.     Tampering with Physical Evidence, Case No. 12-06742CFANO-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about June 18,2012;

   g.     Fleeing and Eluding, Case No. 15-11667-CF-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about January 26, 2016;

   h.     Driving While License Revoked (Felony-Habitual), Case No. 15-11667-CF-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about January 26, 2016;

   i.     Possession of Cocaine, Case No. 15-11670-CF-K, In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about January 26, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a 9mm handgun, and eight rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNTS TWO

On or about August 23, 2016, in the Middle District of Florida, the defendant,

MARVIN JEROME BROWN
a/k/a "Gucci,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base or "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### COUNT THREE

On or about August 23, 2016, in the Middle District of Florida, the defendant,

**MARVIN JEROME BROWN**
a/k/a "Gucci,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of hydromorphone, a Controlled Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### COUNT FOUR

On or about August 24, 2016, in the Middle District of Florida, the defendant,

**MARVIN JEROME BROWN**
a/k/a "Gucci,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base or "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about August 24, 2016, in the Middle District of Florida, the defendant,

MARVIN JEROME BROWN
a/k/a "Gucci,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of hydromorphone, a Controlled Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT SIX

On or about September 28, 2016, in the Middle District of Florida, the defendant,

MARVIN JEROME BROWN
a/k/a "Gucci,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base or "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## FORFEITURE

1.  The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count One, the defendant,

**MARVIN JEROME BROWN,**
**a/k/a "GUCCI,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), including a Hipoint C9 9mm pistol, serial number P1716822 and eight rounds of ammunition.

3. Upon conviction of the violation of 21 U.S.C. § 841 charged in Counts Two through Six, the defendant,

**MARVIN JEROME BROWN,**
**a/k/a "GUCCI,"**

shall forfeit to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or,

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

                                  A TRUE BILL,

                                  _____
                                  Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
     James C. Preston, Jr.
     Assistant United States Attorney

By: _____
     Christopher F. Murray
     Assistant United States Attorney
     Chief, Violent Crime and Gangs Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MARVIN JEROME BROWN
a/k/a "Gucci"

## INDICTMENT

Violations:

Title 18, United States Code, Section 922(g)(1)
Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreperson

FILED 2016 NOV -3 PM 4:43 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

Filed in open court this 3rd day of November 2016.

_____
Clerk

Bail $_____